Argued and submitted February 25, affirmed August 21, 1991

In the Matter of the Compensation of
Ronald V. Dickson, Claimant.

Ronald V. DICKSON,
*Petitioner,*

*v.*

CAROLINA CASUALTY,
*Respondent.*

(WCB 88-12834; CA A65175)

814 P2d 567

J. Michael Casey, Portland, argued the cause for petitioner. With him on the brief was Doblie & Associates, Portland.

Mildred J. Carmack, Portland, argued the cause for respondent. With her on the brief was Schwabe, Williamson & Wyatt, Portland.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Affirmed. *Sibley v. City of Phoenix,* 107 Or App 606, 813 P2d 69 (1991).